| | | | |
|---|---|---|---|
| DEFT: | Ghandi Jaber (J)# | CASE NO: | 00-4188-BSS |
| AUSA: | Larry Bardfeld *present* | ATTNY: | Richard Rosenbaum *present (Temp)* |
| AGENT: | | VIOL: | 21:841, 846 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

FILED by ___ D.C.
JUL 3 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

A- advised of charges

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-8-00 | 10:00 | BSS |
| PTD/BOND HEARING: | 8-8-00 | 10:00 | BSS |
| PRELIM/ARRAIGN. OR ~~REMOVAL~~: | 8-10-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 7-31-00   TIME: 11:00am   TAPE # 00-061 PG # 6

1980-2288