# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/8/00   TIME: 10:00 AM

DEFT. GHANDI JABER (J)   CASE NO. 00-6211-CR-HURLEY

AUSA. LAURENCE BARDFELD   ATTY. *Glenn Seiden - Perm* / RICHARD ROSENBAUM - TEMP

AGENT.   VIOL. CONSP/POSS OF LISTED CHEMICAL TO MANUFACTURE CONTROLLED SUBSTANCE 21:841(d)(2) & 846

PROCEEDING REPORT RE: COUNSEL & PRETRIAL DETENTION   BOND. NO BOND

DISPOSITION (ARRAIGN SET 8/10/00 - *Omit*)

Pretrial Detention Hearing held. Shawn O'Connor DEA Agent sworn. Deft Exh J-1. Court finds deft is a risk of flight and a danger to community & orders deft pretrial detained.

Attorney Glenn Seiden permitted to enter Pro Hac Vice.

Deft arraigned

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

DATE: 8/8/00   TAPE: LRJ-00- 67-329/2550/ 67- / 68-1/69-1