UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS L. NAROG, )<br>GHANDI JABER, )<br>AHMAD ALMASRI, )<br>NADIA ALMASRI, )<br>MUTASEM AL-SALHI, )<br>SABER ABDELMUTI, )<br>RAED NASER ALDIN, )<br>NABIL AQUIL, )<br>NIZAR FNEICHE, )<br>MOTLAQ JABER, )<br>TEREK ZAKI ABU-LAWI, )<br>RABAH EL HADDAD, )<br>ZUHAIR MAHUMUD RABEI, )<br>and )<br>MOHAMMED SAMHAN, )<br>)<br>Defendants. )<br>) | Case Number 00-6211<br><br><br>Honorable Judge Hurley<br><br><br>Magistrate Judge Vitunac<br><br>RECEIVED & FILED IN OPEN COURT<br>ON  8/8/00  AT<br>_____, FLA.<br>Clarence Maddux, Clerk<br>United States District Court<br>Southern District of Florida |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES attorney GLENN SEIDEN respectfully requesting that this Honorable Court enter an Order permitting him leave to appear as attorney of record in the above referenced cause on behalf of the Defendant, GHANDI JABER, and in support thereof attaches his affidavit and incorporates same by reference.

Dated: August ___, 2000

Respectfully submitted,

By: _____
Glenn Seiden
Glenn Seiden & Associates, P.C.
Attorney for the Defendant Ghandi Jaber
33 North Dearborn Street - Suite 1015
Chicago, Illinois 60602-3105
Telephone Number: 312-236-3060