UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 - 62-11 - CR - D TKH

CASE NO. 00-5144-JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GHANDI JABER,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court upon Glenn Seiden, Esq.'s Motion to Appear Pro Hac Vice, filed in open Court on August 8, 2000. The Court having been fully advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby GRANTED.

DONE AND ORDERED at West Palm Beach, Florida, this 8th day of August, 2000.

                      LINNEA R. JOHNSON
                      CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
Laurence Bardfeld, AUSA
Glenn Seiden, Esq.
U.S. Pretrial Services