UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS L. NAROG, ) | Case Number 00-6211 |
| GHANDI JABER, ) | |
| AHMAD ALMASRI, ) | |
| NADIA ALMASRI, ) | |
| MUTASEM AL-SALHI, ) | Honorable Judge Hurley |
| SABER ABDELMUTI, ) | |
| RAED NASER ALDIN, ) | |
| NABIL AQUIL, ) | Magistrate Judge Vitunac |
| NIZAR FNEICHE, ) | |
| MOTLAQ JABER, ) | |
| TEREK ZAKI ABU-LAWI, ) | |
| RABAH EL HADDAD, ) | |
| ZUHAIR MAHUMUD RABEI, ) | |
| and ) | |
| MOHAMMED SAMHAN, ) | |
| ) | |
| Defendants. ) | |

RECEIVED & FILED IN OPEN COURT,
ON  8/8/00.  AT
_____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

State of Illinois  )
                   )  ss.
County of Cook   )

## AFFIDAVIT OF GLENN SEIDEN, ESQ.

I, GLENN SEIDEN, having first been duly sworn and under oath, do hereby state and depose as follows:

1. I am an attorney having been licensed to practice law in the State of Illinois since 1974. My Illinois Bar Number is _2543761_. I am currently in good standing and have never disciplined nor am I currently subject to any disciplinary proceedings.

2. I am also licensed to practice in the Northern District of Illinois (1974) and the United States Court of Appeals for the Seventh Circuit and United States Supreme Court (1978). I am also a member of the Federal Trial Bar for the Northern District of Illinois (1986).

3. I have appeared *pro hac vice* in several state and federal jurisdictions including, without limitation, California, Florida, Indiana, Iowa, Kansas, Minnesota, New Jersey, New York and Nevada.

4. I have been asked by the Defendant, GHANDI JABER, to represent him in the defense of those charges against him.

5. In light of the foregoing, I respectfully request that this Court permit my appearance in this matter *pro hac vice*.

FURTHER, Affiant sayeth naught.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Glenn Seiden, Esq.
　　　　　　　　　　　　　　　　　　　Glenn Seiden & Associates, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for the Defendant Ghandi Jaber

Subscribed and Sworn to Before Me
this ____ the day of August, 2000

_____
Notary Public

"OFFICIAL SEAL"
PAUL GOODMAN
Notary Public, State of Illinois
My Commission Expires 7/13/2003