UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

vs.

GHANDI JABER,
                    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**        Jail No.:_____

              Language: ENGLISH_____

              Address:_____

              _____

              Tel. No:_____

**Defense Counsel:**   Name   : GLENN SEIDEN_____

              Address: 33 North Dearborn St Ste 1015____

                    Chicago, Illinois 60602-3105____

              Tel. No: 312-236-3060_____

**Bond Set/Continued:**      $ PRETRIAL DETENTION_____

Dated this 8th    day of August_____, 2000.

              CLARENCE MADDOX, CLERK

              BY___Emily Guerriero_____
                    Deputy Clerk

                          LRJ-00-67-329/
                    TAPE NO. 67-2550/68-1/
                    DIGITAL START NO. 69-1