**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
301 North Miami Avenue

| | |
|---|---|
| U.S.A_____, <br> Plaintiff/Petitioner <br><br> V. <br><br> NAROG et. al._____, <br> Defendant/Respondent | CASE NO. 00-6211-CR-HURLEY <br><br> MAGISTRATE JUDGE_____ <br><br> **CLERK'S NOTICE OF** <br> **RECEIPT OF FILING FEE** |

The Clerk notifies the Court that on 8/28/00 the filing fee of $75.00 was received, receipt number 713050_____.

DONE at the Federal Courthouse, West Palm Beach, Florida this __28th__ day of August 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: REGINALD HILL_____
   Deputy Clerk

cc:

```
Mon Aug 28 09:09:55 2000

    UNITED STATES DISTRICT COURT

    MIAMI          , FL

Receipt No.   501 713050
Cashier        rhill

Tender Type  CHECK

Check Number: 9369

Transaction Type   C

Case No./Def No. 1:88-LB-4      /   1

DO Code    Div No     Acct
 4600        9        6855XX

Amount            $    75.00

GLENN SEIDEN ET. AL.

PHV/GLENN SEIDEN/00-6211-CR-HURLEY
```