U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 09/08/2000   TIME: 9:30 AM

DEFT. GHANDI JABER (J)
(Deft. not required)
AUSA. LAURENCE BARDFELD

CASE NO. 00-6211-CR-HURLEY/VITUNAC
ATTY. GLENN SEIDEN (RETAINED) — Not Present

AGENT. DEA
VIOL. 21:841(d)(2), 846

PROCEEDING STATUS/DISCOVERY CONF.
BOND. PRETRIAL DETENTION

DISPOSITION: Status/Discovery held
Cont. Status, Discovery is ready
Likely Trial
Defense counsel needs to be ready for trial

DATE: 9-8-00
TAPE: AV 00-61-2214