IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6211-CR-HURLEY
MAGISTRATE JUDGE VITUNAC

UNITED STATES OF AMERICA

vs.

GHANDI JABER,

   Defendant.
_____/



### DESIGNATION OF JACK A. GOLDBERGER

1.   My name is Jack A. Goldberger.

2.   I am a member of the law firm of Atterbury, Goldberger, & Richardson, P.A., 250 Australian Avenue South, Suite 1400, West Palm Beach, Florida 33401.

3.   I have been requested by Glenn Seiden, Esquire to enter as local counsel in the above referenced matter.

4.   I consent to the designation of local counsel. The Court and any opposing counsel may readily communicate with me concerning the conduct of this case and any pleadings may be served on me as local counsel for Glenn Seiden, Esquire.

DATED this 27th day of September, 2000.

                                   ATTERBURY, GOLDBERGER
                                   And RICHARDSON, P.A.
                                   250 Australian Avenue South
                                   Suite 1400
                                   West Palm Beach, Florida 33401
                                   (561) 659-8300

                                   _____
                                   JACK A. GOLDBERGER, ESQ.
                                   Florida Bar No. 262013