IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No : 00-6211CR-Hurley |
| ) | |
| v. ) | |
| ) | |
| GHANDI JABER ) | |
| ) | |
| Defendant ) | |

### MOTION TO RECONSIDER AND RE-OPEN ORDER
### SETTING DETENTION PENDING TRIAL

NOW COMES the Defendant, GHANDI JABER, by and through his counsel, GLENN SEIDEN & ASSOCIATES, P C , and moves this Court to review and reconsider the pretrial detention of the Defendant, as follows.

1    In or around August, 2000, the defendant was arrested and charged with conspiracy and possession with intent to distribute pseudoephedrine pursuant to 18 U S C s 3142 (g)(1).

2    On or about August 8, 2000 a hearing was held before Judge Johnson to determine whether the defendant should be detained at trial. At that time, the Court was presented with various matters and determined that the defendant could not be released from detention

1



3. Since that date, all of the other defendants in this matter have presented bond issues or asked for the Court to reconsider the terms of their detention. In each such case, the defendant has been awarded a bond and released from detention.[1]

4. The defendant, Jaber, is in a position relative to each of the other defendants in this matter who have been granted a bond. Moreover, at the time of his hearing, not all relevant circumstances were presented to the Court.

5. At this time, both the defendant and the Government believe that the issue of bond may be revisited at this time and that the defendant Jaber ought to be placed in a position similar to the other defendants in this matter.

6. The parties have also discussed the matter of bond and would suggest that a bond be set at 10% of $100,000.00

WHEREFORE, the Defendant, GHANDI JABER, requests that this Honorable Court grant his motion and release him from detention pending trial.

Dated: December 26, 2000

Respectfully submitted,

_____ w/ consent

Glenn Seiden
Glenn Seiden & Associates, P.C.
33 North Dearborn Street - Suite 1015
Chicago, Illinois 60602
Telephone Number: 312-236-3060

Jack Goldberger
250 Australian - Suite 1400
West Palm Beach, Florida 33401
Attorneys for the Defendant

---

[1] Even the defendant, Thomas Narog, who had his pre-trial detention on the same date as defendant Jaber and presented many of the same arguments for release, has recently been granted a bond and released from detention pending trial.

2

## CERTIFICATE OF SERVICE

I, Linda M. Stojkovich, Esq., do hereby certify that I caused a copy of the Defendant's **Motion to Reconsider and Re-Open Order Setting Detention Pending Trial**, to be served upon the individuals identified below by placing same in the U.S. Mail, proper postage prepaid, at 33 North Dearborn Street, Chicago, Illinois on December 27, 2000 before the hour of 5:00 p.m.

Linda M. Stojkovich, Esq.

AUSA Larry Bardfeld
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Fred Haddad
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Mark E. NeJame
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

Timothy Biasello
33 North Dearborn
Chicago, Illinois 60602

Paul Goodman
33 North Dearborn
Chicago, Illinois 60602

Leonard Penn
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

John R. Howes
633 S E 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802