REC'D by D.C.
JAN 2 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

REC'D by D.C.
DEC 2 / 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.

REC'D by D.C.

FILED by D.C.
DEC 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## COURT MINUTES
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: GHANDI JABER (J)  CASE NO: 00-6211-CR-HURLEY
AUSA: LARRY BARDFELD  ATTY: GLENN SEIDEN, ESQ.
AGENT:  VIOL:
PROCEEDING: STIPULATED BOND SETTING  RECOMMENDED BOND:
BOND HEARING HELD - yes / no  stipulated  COUNSEL APPOINTED:
BOND SET @: 100,000 10%  To be cosigned by: father
250,000 PSB                                           10 days

[X] Do not violate any law.  Same bond set in Case 00-6007-TP-LODF

[X] Appear in court as directed.

[X] Surrender and / or do not obtain passports / travel documents.

[X] Rpt to PTS as directed / or ____ x's a week/month by phone: ____ x's a week/month in person.

[X] Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.

Hearing held -
Bond set

[X] Maintain or seek full - time employment.

[X] No contact with victims / witnesses.

[X] No firearms.
No excessive alcohol/illegal drugs

[ ] Curfew: ____

[X] Travel restricted to: SD/FL &
Travel to Chicago for attorney visits

[ ] Halfway House ____

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 12/29/00  TIME: 11:00  FTL/BSS TAPE # 00 - 102  Begin: 822  End: 1206