REC'D by _____ D.C.
JAN 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

FILED by _____ D.C.
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO: 00-6211-CR-Hurley

STYLE: USA v Jaber

DATE: 1/19/01

The Chambers of the Honorable _Lurana Snow_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

____ Docket this document as a motion for _____.

____ Docket this document as a response to the following motion: _____.

____ Docket this document as an answer _____.

____ Docket this document as _____.

____ Docket this as an information matter only and file on the left side of the file.

✓ Other: _Signature page to personal surety bond_

Signed: _B Butler_

Name: _____

Title: _Mag CRD - FTL_

Case No: _00-6211-CR-Hurley/00-6007-TP-Ferguson

CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a __$250,000__ personal surety bond on behalf of __GHANDI JABER_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this __15__ day of __January__, 2000.

[Arabic signature/seal: Jonathan Kuttab, Attorney At Law]

__✓ JASER JABER__
Name

__RAS JORA  P.O. Box  430__
Address

__HEBRON__                __ISRAEL__                Zip
City                       State

Sworn and subscribed before me this __15__ day of __January__, 2000.

X __Jonathan Kuttab__    Jonathan Kuttab
NOTARY PUBLIC            Attorney At Law

NEW YORK BAR: MEMBER

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301

DEFENDANT: GHANDI JABER
CASE NO:    00-6211-CR-HURLEY

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

## DEFENDANT

Signed this 29TH day of DECEMBER, 2000, at Ft. Lauderdale, Florida.
Signed and acknowledged before me:    DEFENDANT: (Signature) _____
WITNESS: _____                        ADDRESS: 240 AVENUE 'L'
ADDRESS: USMS / FT LAUDERDALE            DEL RAY BEACH            ZIP _____
_____ ZIP _____                       TELEPHONE:  561-243-8213

## CORPORATE SURETY

Signed this ___ day of _____, 20__, at _____, Florida.
SURETY: _____                      AGENT: (Signature) _____
ADDRESS: _____                     PRINT NAME: _____
_____ ZIP _____                    TELEPHONE: _____

## INDIVIDUAL SURETIES

Signed this ___ day of _____, 20__, at _____
SURETY: (Signature) _____          SURETY: (Signature) X JASER JABER
PRINT NAME: _____                  PRINT NAME: JASER JABER
RELATIONSHIP                            RELATIONSHIP
  TO DEFENDANT: _____                TO DEFENDANT: FATHER
ADDRESS: _____                     ADDRESS: _____
TELEPHONE: _____                   TELEPHONE: _____

## APPROVAL BY COURT

Date: _____                        _____
                                        UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Copy for Judge, Pretrial Services

LAW OFFICES

33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Tel: 312-236-3060; Fax: 312-236-5498
Email: ixlnlaw@aol.com

# GLENN SEIDEN & ASSOCIATES, P.C.
A Professional Corporation

Sender's Extension: 24
Sender's E-Mail: apicklin@gsalaw.net

January 18, 2001

Ms. Penny Butler
299 East Broward
Room 108
Fort Lauderdale, Florida 33301

**Re: Ghandi Jaber**
**00-6211-CR-Hurley**

Dear Ms. Butler:

Pursuant to your conversation with Linda Stojkovich, I am enclosing the bond papers for Mr. Ghandi Jaber. As previously indicated, these papers were late due to the fact that Mr. Jaber was detained by the INS and therefore could not be completed in a timely fashion.

Please accept these papers and file them in your usual and customary manner.

Thank you for your attention to this matter, and should you have any questions, please do not hesitate to call Linda at the above number.

Very truly yours,

Adam D. Picklin

Encl.