UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
SABER ABDELMUTI,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
MOHAMMED SAMHAN,
    Defendants.
_____/

FILED by _____ D.C.
JAN 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** come before the court *sua sponte*. The above cited case having been set for trial on the March 2001 trial calendar, it is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Thursday, February 1, 2001, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this \_\_22nd\_\_ day of January, 2001.

                                        Daniel T. K. Hurley
                                      United States District Judge

**copy furnished:**
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.

Glenn Seiden, Esq.
Jack Goldgerger, Esq.
Mark E. NeJame, Esq.
Theodore W. Weeks, IV, Esq.
Charles White, Esq.
Bruce A. Goodman, Esq.
Timothy Biasiello, Esq.
Howard M. Srebnick, Esq.
Randee Golder, Esq.
Leonard P. Fenn, Esq.