IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No.: 00-6211CR-Hurley |
| ) | |
| v. ) | Magistrate Judge Johnson |
| ) | |
| GHANDI JABER ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR PERMISSION TO TRAVEL

NOW COMES the Defendant, GHANDI JABER, by and through his counsel, GLENN SEIDEN & ASSOCIATES, P.C., and moves this Court to extend the conditions of his bond and allow him permission to travel to Dearborn, Michigan as follows:

1. In or around August, 2000, the Defendant was arrested and charged with conspiracy and possession with intent to distribute pseudoephedrine pursuant to 18 U.S.C. s 3142 (g)(1). The Defendant was subsequently detained pending outcome of trial.

2. In or about January, 2001, however, upon motion to reconsider by the Defendant, the Court released him and issued a bond in the amount of $100,000.00 to secure his appearance. Pursuant to the Order of the Court as terms of the bond, the Defendant was ordered to stay within the State of Florida with permission to travel to Chicago, Illinois in order to confer with his attorneys.

3. The Defendant is traveling to Chicago, January 22-26, 2001 to confer with counsel. The Defendant requests that this Court extend the terms of his bond so that he may travel to Dearborn, Michigan from January 27, 2001 through and including January 29, 2001.

The Defendant's father-in-law currently resides in Dearborn and is suffering from lung cancer. As the father-in-law is infirm, he is unable to travel to the Southern District of Florida to visit with the Defendant and his daughter. As such, the Defendant requests permission to travel to Dearborn, Michigan from January 27-29, 2001.

4. The Defendant is traveling by car from Chicago, Illinois to Dearborn, Michigan on January 27, 2001. He can be contacted at 6992 Rockdale Road, Dearborn, Michigan, 48127. The phone number there is (313) 320-9322. He will be returning to Florida via Spirit Airlines departing from Detroit, Michigan on January 29, 2001 at 7:45 a.m.

5. This office has spoken with the United States Attorney responsible for this matter, Larry Bardfeld. Mr. Bardfeld indicated that he would have no objection to extending the Defendant's bond to allow him permission to travel to Detroit for the aforementioned dates.

WHEREFORE, the Defendant, GHANDI JABER, respectfully requests that this Honorable Court grant his motion and allow him to travel to Dearborn, Michigan from January 27, 2001 to January 29, 2001, or for any such additional relief as this Court deems fair and just.

Dated: January 23, 2001

Respectfully submitted,

_____
Glenn Seiden
Glenn Seiden & Associates, P.C.
Attorneys for the Defendant
200 North LaSalle Street - Suite 1900
Chicago, Illinois 60601-1014
Telephone: 312-236-3060

Jack Goldberger
250 Australian - Suite 1400
Clearlake Center
West Palm Beach, Florida 33401

## CERTIFICATE OF SERVICE

      I, Adam Picklin, Esq., do hereby certify that I caused a copy of the Defendant's **Motion to Extend Conditions of Bond and Permission to Travel**, to be served upon the individuals identified below by placing same in the U.S. Mail, proper postage prepaid, at 33 North Dearborn Street, Chicago, Illinois on January 23, 2001 before the hour of 5:00 p.m.

                                                 */s/ Adam Picklin*
                                                 Adam Picklin, Esq.

AUSA Larry Bardfeld
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Fred Haddad
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Mark E. NeJame
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

Timothy Biasello
33 North Dearborn
Chicago, Illinois 60602

Paul Goodman
33 North Dearborn
Chicago, Illinois 60602

Leonard Penn
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

John R. Howes
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802