IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED STATES OF AMERICA   Plaintiff,  v.  GHANDI JABER  Defendant. | Criminal No.: 00-6211CR-Hurley  Magistrate Judge Johnson |

## ORDER

THIS CAUSE coming before the Court on Defendant's MOTION FOR PERMISSION TO TRAVEL, the Court being fully advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted. The defendant may travel to Dearwin, __ from Jan. __, 2001

DONE AND ORDERED in Fort Lauderdale, Florida on this 25th day of January, 2001.

Magistrate ~~District~~ Judge

Copies:

Larry Bardfeld, AUSA
Glenn Seiden, Esquire
Jack A. Goldberger, Esquire
Pre-trial Services