# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

VS.

| | |
|---|---|
| THOMAS L. NAROG | (B) |
| GHANDI JABER | (B) |
| AHMAD ALMASRI | (B) |
| NADIA ALMASRI | (B) |
| SABER ABDELMUTI | (B) |
| RAED NASER ALDIN | (J) |
| NABIL AQUIL | (B) |
| NIZAR FNEICHE | (B) |
| RABAH EL HADDAD | (B) |
| ZUHAIR RABEI | (B) |
| MOHAMMED SAMHAN | (B) |

(Defts. required)
(Arabic Interp. Ord'd)
    Defendants.

**NOTICE**

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC(s)

TYPE OF CASE:

( ) **CIVIL**     (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:
UNITED STATES COURTHOUSE
701 CLEMATIS STREET
WEST PALM BEACH, FL. 33401

ROOM NO.: COURTROOM #3  (4TH FLOOR)
DATE AND TIME: WEDNESDAY, 3-14-01 @ 10:00 AM

TYPE OF PROCEEDING:

ARRAIGNMENT ON SUPERSEDING INDICTMENT

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

PLACE:     DATE/TIME PREVIOUSLY SCHEDULED:     CONTINUED TO, DATE AND TIME:

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

MARCH 7, 2001
DATE

(BY) DEPUTY CLERK

USA VS. THOMAS L. NAROG, et al
00-6211-CR-HURLEY/VITUNAC (s)

TO:   FRED HADDAD, ESQUIRE
      JACK GOLDBERGER, ESQUIRE
      GLENN SEIDEN, ESQUIRE
      MARK NEJAME, ESQUIRE
      THEODORE WEEKS, ESQUIRE
      CHARLES WHITE, ESQUIRE
      PAUL GOODMAN, ESQUIRE
      TIMOTHY BIASIELLO, ESQUIRE
      JOHN HOWES, ESQUIRE
      RANDEE GOLDER, ESQUIRE
      RICHARD HAMAR, ESQUIRE
      UNITED STATES ATTORNEY (LAURENCE BARDFELD)
      UNITED STATES MARSHAL
      UNITED STATES PRETRIAL SERVICE