# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 03/14/2001    TIME: 10:00 AM

DEFT. GHANDI JABER (B)    CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. LAURENCE BARDFELD    ATTY. JACK GOLDBERGER (RETAINED)

AGENT. DEA    VIOL. 21:841(a)(1), 846

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT    BOND. $250,000 PSB & $100,000 10%

DISPOSITION

Deft not present
Warrant Issued - No Bond

DATE: 3-14-01    TAPE: AEV 01-16-3247