UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
  Plaintiff,

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
ZUHAIR MAHUMUD RABEI,
MOHAMMED SAMHAN,
  Defendants.
_____/



## ORDER SETTING STATUS CONFERENCE

THIS MATTER come before the court *sua sponte*. It is

ORDERED and ADJUDGED that:

1. Counsel representing the parties shall attend a status conference on **Monday, August 20, 2001, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

DONE and SIGNED in Chambers at West Palm Beach, Florida this ____ day of August, 2001.

Daniel T. K. Hurley
United States District Judge



**copy furnished:**
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.
Glenn Seiden, Esq.
Jack Goldberger, Esq.
Francis W. Blankner, Sr., Esq.
Richard Docobo, Esq.
Charles White, Esq.
Paul Goodman, Esq.
Timothy Biasiello, Esq.
John R. Howes, Esq.
Randee J. Golder, Esq.
Maria R. Hamar, Esq.