# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: 11:00 Am ~~9:30 AM~~

DEFT. GHANDI JABER   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. THOMAS O'MALLEY ✓   ATTY. JACK GOLDBERGER (RETAINED)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS CONFERENCE   (BENCH WARRANT ISSUED 3/14/01)
BOND. $100,000 10% & $250,000 PSB

DISPOSITION  Status held. Deft. is still a fugitive

DATE: 9-13-01   TAPE: AEV 01-68-840