UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MOTLAQ JABER,
    Defendant.
_____/

FILED by _____ D.C.
OCT - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO THE SUSPENDED/FUGITIVE FILE

**THIS CAUSE** is before the court *sua sponte*. After reviewing the records, the court has determined that the above named defendant is a fugitive from justice. For that reason, it is

**ORDERED** and **ADJUDGED**:

1. The Clerk of Court is hereby directed to transfer the above-captioned case, as it pertains to the defendant named above, to the suspended/fugitive file until such time as the defendant is apprehended.

2. The Clerk of Court is further directed to designated this case, as it pertains to this defendant, "closed".

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of October, 2001.

**copy furnished:**
AUSA Thomas O'Malley

Daniel T. K. Hurley
United States District Judge