UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GHANDI JABER,
    Defendant.
_____/

FILED by ___ D.C.

FEB - 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON FUGITIVE STATUS AND DIRECTING
## CLERK TO TRANSFER CASE TO SUSPENDED/FUGITIVE FILE

THIS CAUSE come before the court upon its own motion. After a review of the court file, and after having determined the above named defendant to be a fugitive from justice, it is

**ORDERED** and **ADJUDGED**:

1. The Clerk of Court is hereby directed to transfer the above-captioned case, as it pertains to the above named defendant, to the suspended/fugitive file until such time as he is apprehended.

2. The Clerk of Court is further directed to designated this case, as it pertains to the above named defendant, "closed".

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of February, 2002.

**copy furnished:**
AUSA Thomas O'Malley

Daniel T. K. Hurley
United States District Judge

