UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,  )
  )
 Plaintiff,  )
  )
v.  )  Case Number 00-6211-CR-Hurley
  )
GHANDI J. JABER,  )
  )
 Defendant.  )

### NOTICE OF CHANGE OF ADDRESS

To:  Mr. Thomas O'Malley
     Assistant United States Attorney
     500 East Broward Boulevard - Suite 700
     Ft. Lauderdale, Florida 33394

   PLEASE TAKE NOTICE that as of May 20, 2002, the law offices of Glenn Seiden & Associates, P.C. will be located at:

**Glenn Seiden & Associates, P.C.**
**20 North Clark Street - Suite 1200**
**Chicago, Illinois 60602**
-------------------
Telephone Number: 312-236-3060
Facsimile Number: 312-236-5498

_____
Linda M. Stojkovich
Glenn Seiden & Associates, P.C.
Attorneys for the Defendant

### Certificate of Service

   I, Linda M. Stojkovich, do hereby certify that I caused a copy of the **Notice of Change of Address** to be served upon the individual(s) named in the service list at the indicated address(es) by depositing same in the United States Mail, proper postage prepaid, at 33 North Dearborn, Chicago, Illinois on May 17, 2002 before the hour of 5:00 p.m.

_____
Linda M. Stojkovich