AUSA Laurence Bardfeld                                    Special Agent Joe Collins, DEA (954) 489-1700

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District FLORIDA

UNITED STATES OF AMERICA

vs.

GHANDI JABER

**WARRANT FOR ARREST**

Case Number: 00-6211-CR-HURLEY(s)(s)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to   GHANDI JABER
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to Possess a List 1 Chemical (Pseudoephedrine); Conspiracy to Manufacture Methamphetamine; and Possession of a List 1 Chemical (Pseudoephedrine).

in violation of _____21_____ United States Code, _____841(a)(1), 841(c)(2), 846_____

CLARENCE C. MADDOX                        COURT ADMINISTRATOR/CLERK OF COURT
Name of Issuing Officer                              Title of Issuing Officer

[Signature]                                                   APRIL 12, 2005, in Fort Lauderdale, Florida
Signature of Issuing Officer                         Date and Location

                                                                  HONORABLE BARRY S. SELTZER
Bail fixed at $ Pre-Trial Detention is recommended    By: UNITED STATES MAGISTRATE JUDGE
                                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |